AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MALINDA DREW NICHOLSON, by
and thru her next friend
CHRIS G. NICHOLSON

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 1:23-cv-103

**V.**

BRANDON J. MCCRARY and BEECH
ISLAND TIMBER,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered on January 19, 2024, Plaintiffs' motion to remand is

DENIED, Defendants' motion to dismiss is GRANTED, and Plaintiffs' complaint is

DISMISSED WITH PREJUDICE. This case stands closed.

01/19/2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020